UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINA CHIANG,

    Plaintiff,

  v.

SABRINA AFIFI,

    Defendant.

Case No.  4:24-cv-01665-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Chiang v. Afifi*, 23-cv-06235-JD.

    **IT IS SO ORDERED.**

Dated: March 20, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge